976 A.2d 381

STATE OF NEW JERSEY, PLAINTIFF–MOVANT, v. RICHARD CLARKE, DEFENDANT–RESPONDENT.

July 20, 2009.

ORDERED that the motion for leave to appeal is granted.

976 A.2d 382

STATE OF NEW JERSEY, PLAINTIFF–MOVANT, v. WILLIAM T. DOLAN, DEFENDANT–RESPONDENT.

July 20, 2009.

ORDERED that the motion for leave to appeal is granted.

976 A.2d 382

MARINA STENGART, PLAINTIFF–RESPONDENT, v. LOVING CARE AGENCY, INC., STEVE VELLA, ROBERT CREAMER, LORENA LOCKEY, ROBERT FUSCO, AND LCA HOLDINGS, INC., DEFENDANTS–MOVANTS.

July 29, 2009.

ORDERED that the motion for leave to appeal is granted.